IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KZSA BROADCASTING, INC, A California corporation; DIAMOND BROADCASTING, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMMACULATE HEART RADIO EDUCATIONAL BROADCASTING, INC, a California non-profit corporation; DOUGLAS M. DAGGS, SUCCESSOR TRUSTEE, OF THE SYLVIA DELLAR TRUST; DOUGLAS M. DAGGS, SUCCESSOR TRUSTEE OF THE DELLAR FAMILY TRUST; WEST AUCTIONS, INC.; GREAT AMERICAN MOVERS, INC.; and Roes 1-10,<br><br>    Defendants. | 2:10-cv-01213-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

        The parties' Joint Status Report filed September 3, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for September 20, 2010, is continued to January 31, 2011 at 9:00 a.m. A further joint status report shall be filed no later than (14 days prior).

        Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that **any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action** unless Plaintiffs provide proof

1

1  of service and/or "show good cause for the failure" to serve within this
2  prescribed period in a filing due no later than 4:00 p.m. on December
3  31, 2010.
4          IT IS SO ORDERED.
5  Dated:  September 13, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge