cJEFFORY J. SCHARFF (SBN 137620)
MICHAEL E. VINDING (SBN 178359)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone:  (916) 446-3400
Facsimile:   (916) 446-7159

Attorneys for Defendant DOUGLAS M. DAGGS,
Successor Trustee of the Sylvia Dellar Survivor's Trust

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KZSA BROADCASTING, INC., a California corporation; DIAMOND BROADCASTING, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IMMACULATE HEART RADIO EDUCATIONAL BROADCASTING, INC., a California non-profit corporation; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | **CASE NO. 2:10-CV-01213-GEB-EFB**<br><br>**NOTICE OF SETTLEMENT AS TO SPECIFIED DEFENDANTS. AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DOUGLAS M. DAGGS, SUCCESSOR TRUSTEE OF THE SYLVIA DELLAR SURVIVOR'S TRUST AND DOUGLAS M. DAGGS, SUCCESSOR TRUSTEE OF THE DELLAR FAMILY TRUST _ONLY_ AND [PROPOSED] ORDER**<br><br>**Trial Date:  8/14/12** |

NOTICE IS HERBY GIVEN that plaintiffs KZSA Broadcasting, Inc., a California corporation, and Diamond Broadcasting, Inc., a California corporation and defendants Douglas M. Daggs, Trustee of the Dellar Family Trust and Douglas M. Daggs, Successor Trustee of the Sylvia Dellar Survivor's Trust, have reached a settlement of the within action effective February 3, 2011.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41 (a) (1), the above-captioned action be and hereby is dismissed with prejudice as to defendants Douglas M. Daggs, as Trustee

of the Dellar Family Trust and Douglas M. Daggs, Successor Trustee of the Sylvia Dellar Survivor's Trust **ONLY**.

Dated: February 3, 2011    SCHARFF, BRADY & VINDING

By:   /s/Jeffory J. Scharff
      JEFFORY J. SCHARFF
      Attorneys for Defendants Douglas M. Daggs, Trustee of the Dellar Family Trust and Douglas M. Daggs, Successor Trustee of the Sylvia Dellar Survivor's Trust

Dated: February 4, 2011    MAKING A NEW REALITY, INC.

By:   /s/S. Raye Mitchell
      S. RAYE MTICHELL
      Attorney for Plaintiffs KZSA Broadcasting, Inc. and Diamond Broadcasting, Inc. and Paula Nelson Individually

Dated: February 4, 2011    BRIGIT S. BARNES & ASSOCIATES, INC.,
                           A Law Corporation

By:   /s/Brigit S. Barnes
      BRIGIT S. BARNES,
      Attorneys for IHR EDUCATIONAL BROADCASTING

**IT IS SO ORDERED:**

**Date: 2/16/2011**

GARLAND E. BURRELL, JR.
United States District Judge